UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUREKA R. MATHIS,<br><br>    Petitioner,<br><br>    v.<br><br>W. Z. JENKINS II, Warden,<br><br>    Respondent. | Case No. 18-cv-07499-DMR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On December 12, 2018, petitioner, a federal prisoner proceeding *pro se*, filed a document with the court, which was labeled as a "Petition for Writ of Habeas Corpus." Dkt. 1. On that same date, the Clerk of the Court sent petitioner a notice that she needed to file her petition on the proper form, and that she needed to pay the $5.00 filing fee or file an application to proceed *in forma pauperis* ("IFP"). Dkts. 2, 3. Thereafter, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the proper form. Dkt. 5.

Both parties gave consented to magistrate judge jurisdiction, and this matter has been assigned to the undersigned Magistrate Judge. Dkts. 6, 17.

On December 28, 2018, Petitioner filed a completed IFP application. Dkt. 7. However, the attached Certificate of Funds showed that she had sufficient funds to pay the $5.00 filing fee for a habeas action. Therefore, in its January 16, 2019 Order, the court denied the IFP application and directed petitioner to pay the $5.00 filing fee on or before February 13, 2019.

On March 20, 2019, having still not received the filing fee, the court granted petitioner an additional twenty-eight days, or until April 17, 2019, to submit payment. Dkt. 20. Petitioner was advised that the failure to pay the filing fee within the twenty-eight-day deadline would result in dismissal of this action. *Id.* at 1.

The April 17, 2019 deadline has passed, and petitioner has not paid the $5.00 filing fee.

1   Accordingly, this habeas action is DISMISSED without prejudice for failure to respond to the
2   court's order to pay the $5.00 filing fee.  Because this dismissal is without prejudice, petitioner
3   may move to reopen the action.  Any motion to reopen must contain full payment of the $5.00
4   filing fee.
5   The Clerk is directed to terminate all pending motions without prejudice to refiling if the
6   case is reopened, including Respondent's motion to dismiss (dkt. 19), and to close the file.
7   This Order terminates Docket No. 19.
8   IT IS SO ORDERED.
9   Dated: May 8, 2019

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA R. MATHIS,

    Plaintiff,

v.

W.Z. JENKINS,

    Defendant.

Case No. 4:18-cv-07499-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eureka R. Mathis ID: 22038076
Federal Correctional Institution
5701 8th St. Camp Parks
Dublin, CA 94568

Dated: May 8, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

3