UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUREKA R. MATHIS,<br><br>Petitioner,<br><br>v.<br><br>W. Z. JENKINS, II, Warden,<br><br>Respondent. | Case No. 18-cv-07499-DMR (PR)<br><br>**ORDER REOPENING ACTION** |

On May 8, 2019, this federal habeas corpus action[1] was dismissed because Petitioner failed to pay the $5.00 filing fee even after she was granted an extension of time to do so. Dkt. 25.

Petitioner has since filed a motion requesting the court to reopen this action. Dkt. 26. Petitioner explains that she attempted to follow the "proper procedures" at the prison in order to pay the filing fee, but to no avail. *Id.* at 1-2. Petitioner adds that she had "authorized the payment to be withdrawn from [her] account," but as of May 15, 2019 "the payment was still here at the facility." *Id.* at 2. Thus, it is evident that Petitioner had made efforts to pay the filing fee, and that, through no fault of her own, the fee was never sent to the court. *See id.*

For the reasons above, the action is REOPENED. The Clerk of the Court is directed to modify the docket accordingly. The judgment (Dkt. 25) and the order of dismissal (Dkt. 24) are VACATED.

In a separate written Order, the court will *sua sponte* grant Petitioner a second extension of time to pay the filing fee, direct the prison to assist her in sending the filing fee, and set a briefing schedule.

---

[1] Both parties consented to magistrate judge jurisdiction, and this matter had been assigned to the undersigned Magistrate Judge. Dkts. 6, 17.

This Order terminates Docket No. 26.

IT IS SO ORDERED.

Dated: August 2, 2019

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUREKA R. MATHIS,<br><br>    Plaintiff,<br><br>v.<br><br>W.Z. JENKINS,<br><br>    Defendant. | Case No. 4:18-cv-07499-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eureka R. Mathis ID: 22038076
Federal Correctional Institution
5701 8th St. Camp Parks
Dublin, CA 94568

Dated: August 2, 2019

                              Susan Y. Soong
                              Clerk, United States District Court

                              By:_____
                              Ivy Lerma Garcia, Deputy Clerk to the
                              Honorable DONNA M. RYU